Dennis W. ROSIER, Appellant, v. Winfred OVERHOLSER, M. D., Superintendent, Saint Elizabeths Hospital.

No. 8475.

United States Court of Appeals for the District of Columbia.

June 21, 1943.

Mr. James M. Earnest, of Washington, D. C., (appointed by the Court), for appellant.

Mr. John P. Burke, Assistant United States Attorney, of Washington, D. C., for appellee.

Before GRONER, Chief Justice, MILLER, Associate Justice, and EICHER, Chief Justice of the District Court.

PER CURIAM.

This appeal is from an order of the District Court dismissing appellant's petition for writ of habeas corpus; discharging the writ theretofore issued; and remanding appellant to the custody of appellee. The District Court found that appellant, while still serving his sentence, following conviction of an assault with a dangerous weapon, was, in a lunacy proceeding in that Court, found by a jury to be of unsound mind; that he continues to be of unsound mind and is in need of continued hospitalization. It concluded that appellant's commitment was authorized by law, and regular on its face; that appellant is not entitled to be released from custody. The judgment of the District Court was correct; and is affirmed, for the reasons appearing in its findings of fact and conclusions of law. We have carefully considered appellant's contentions, and find them to be without merit.

Affirmed.